IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| FISH FARMS PARTNERSHIP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:09-CV-163 |
| WINSTON-WEAVER CO. INC., and CROP PRODUCTION SERVICES, INC., | ) ) ) ) |
| Defendants. | ) |

### **O R D E R**

For the reasons provided in the memorandum opinion filed contemporaneously with this order, "Defendant Crop Production Services, Inc.'s Motion for Judgment on the First Amended Pleadings" [doc. 29] is **GRANTED IN PART**. The following counts of plaintiff's first amended complaint are dismissed *as to defendant Crop Production Services, Inc. only*: count six (negligent misrepresentation), count seven (intentional misrepresentation), count eight (negligence), count ten (false advertising), and count eleven (strict liability in tort). The motion for judgment on the pleadings [doc. 29] is in all other respects **DENIED**. By separate order, this case will be set for a telephonic scheduling conference.

**IT IS SO ORDERED**:

ENTER:

s/ Leon Jordan
United States District Judge