IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| FISH FARMS PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:09-CV-163 |
| | ) | |
| WINSTON-WEAVER CO. INC., and | ) | |
| CROP PRODUCTION SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The motion for admission *pro hac vice* by attorney Ryan Howell [doc. 44] is

**GRANTED**.

  **IT IS SO ORDERED**:

              ENTER:

                s/ Leon Jordan
              United States District Judge